UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANINE A. BILYEU )<br>        Plaintiff, )<br>v. )<br>    )<br>    )<br>THE METROPOLITAN GOVERNMENT )<br>OF NASHVILLE AND DAVIDSON )<br>COUNTY, TENNESSEE, et al. )<br>        Defendants. ) | NO. 3:09-0909<br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE GRIFFIN |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 24), to which Plaintiff filed a response (Docket No. 28). The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Plaintiff's response, filed March 26, 2010, seeks to amend the complaint by adding two additional defendants and does not affect the decision made by the Magistrate Judge in her Report and Recommendation. Accordingly, the Defendant's Motion for Partial Dismissal (Docket No. 10) is GRANTED. Defendant Metropolitan Nashville Public Schools is DISMISSED and Plaintiff's claims under Tenn. Code. Ann. § 50-1-304 and her claims under the Fourteenth and First Amendments are DISMISSED.

Plaintiff's request to amend the Complaint is hereby referred to the Magistrate Judge for decision.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE