IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANINE A. BILYEU | ) |
| | ) |
| v. | ) NO. 3:09-0909 |
| | ) JUDGE CAMPBELL |
| THE METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE/DAVIDSON COUNTY, | ) |
| et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 42), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Plaintiff's Motion for Interlocutory Relief (Docket No. 21) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE