## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

JANINE A. BILYEU              )
                                       )

v.                                 )          NO.  3:09-0909
                                       )          JUDGE SHARP

THE METROPOLITAN GOVERNMENT )
OF NASHVILLE AND DAVIDSON    )
COUNTY, TENNESSEE           )

## ORDER

Pending before the Court is Plaintiff's Consolidated Motions *in limine* (Docket No. 137).

The motion is hereby DENIED at this time, with the right to refile any necessary motions at an

appropriate time closer to the trial date.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE