UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANINE A. BILYEU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3: 09-cv-0909 |
| | ) Judge Sharp |
| v. | ) |
| | ) |
| THE METROPOLITAN | ) |
| GOVERNMENT OF NASHVILLE AND | ) |
| DAVIDSON COUNTY, TENNESSEE, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

This case was closed on April 23, 2012 (Docket Entry No. 167), when the Court accepted and approved the Magistrate Judge's March 23, 2012, Report and Recommendation (Docket Entry No. 156) after careful consideration of Plaintiff's timely filed objection (Docket Entry No. 163).[1] Consequently, the Motion for Summary Judgment filed by the Metropolitan Government of Nashville and Davidson County, Tennessee, Gene Foster, and June Keel (Docket Entry No. 98) was granted in part, with respect to Plaintiff's Title VII and ADEA claims, and denied as moot in part in all other respects. Furthermore, the Court's April 23, 2012, Order denied Plaintiff's Motion for Permanent Injunction (Docket Entry No. 143) in light of the dismissal of Plaintiff's federal claims, with leave to renew in any state court action.

Plaintiff's Objections to Report and Recommendation, an amended revised objection, was filed by Plaintiff on May 1, 2012 (Docket Entry No. 169). The Court will construe

---

[1] Petitioner's Motion for Extension of Time to File Objections to the Report and Recommendation was granted by the Court on April 9, 2012 (Docket Entry No. 162).

Plaintiff's amended revised objection as a motion to reconsider. So construing, Plaintiff's motion is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE